IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

GODDEN SUDIK ARCHITECTS, INC.,
a Colorado corporation,

Plaintiff,

v.

TOM MCGEORGE,
LESLIE MCGEORGE,
CHRIS SUBLETTE,
AMY SUBLETTE,
RYAN HOMES, INC.,
DAVID L. BERTON, and
DAVID L. BERTON ARCHITECTURE AND PLANNING, LTD.
dba REALARCHITECTURE LTD.,

Defendants.

---

**COMPLAINT FOR DAMAGES WITH JURY DEMAND**
_____

Plaintiff by and through its attorneys, Hall & Evans, L.L.C., and for its Complaint against Defendants, states and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement arising under the Copyright Act of 1976, as amended by the Architectural Work Copyright Protection Act of 1990, 17 U.S.C. § 101 et. seq. (hereinafter the "Copyright Act"), and for the related claims of misappropriation of trade secret, conversion and unjust enrichment. This Court has jurisdiction of this action under 28 U.S.C. § 1331, 1338(a), 1367, and 15 U.S.C. § 1121.

2. Venue is proper in this district under 28 U.S.C. § 1391(b) and 1400(a).

## PARTIES

3. Plaintiff is a Colorado corporation engaged in the business of architecture with its principal place of business located at 6025 S. Quebec St., Suite 375, Centennial, Colorado 80111.

4. Defendants Tom McGeorge and Leslie McGeorge are husband and wife and the owners of Lot 10, The Settlement at Castle Pines Village, also known as 1200 Wildcat Bend Court, Castle Rock, Colorado 80108. They currently reside at 10143 S. Shadow Hill Drive, Lone Tree, Colorado 80124-6810.

5. Defendant Chris Sublette and Amy Sublette are husband and wife and the owners and officers of Ryan Homes, Inc.

6. Defendant Ryan Homes, Inc. is a Colorado corporation engaged in the residential building construction business as a general contractor with its principal place of business located at 5401 S. Park Terrace Avenue, Unit 101-C, Greenwood Village, Colorado 80111.

7. Defendant David L Berton is an architect and the firm founder and principal of David L. Berton Architecture and Planning, Ltd. dba RealArchitecture Ltd. ("RealArchitecture")

8. Defendant RealArchitecture Ltd. is an architecture firm with a principal place of business of 2899 North Speer Blvd., Suite 102, Denver, Colorado 80211.

## BACKGROUND FACTS

9. On or about March 24, 2014, Godden Sudik created architectural plans for a single family residence home to be built within Century Communities' Marvella neighborhood in Centennial, Colorado (hereinafter the "Architectural Work"). There were three elevations of the Marvella 5020 ranch home plan – Hill Country, French, and Contemporary. One of the model

homes constructed was the French elevation. Floor plans of the design were available at the model home as well as Century Communities' website.

10. The Architectural Work contains material wholly original with Plaintiff that is copyrightable subject matter under the Copyright Act and contained Plaintiff's title block, date and the symbol "©".

11. On or about August 4, 2016, Plaintiff applied to the Register of Copyrights for a Certificate of Registration for the Architectural Work. The Certificate was issued by the Register of Copyrights with an effective date of August 4, 2016 and bears registration number VA 2-012-471.

12. Plaintiff is and at all relevant times has been the sole proprietor of all right, title, and interest in and to the copyright in the Architectural Work. Plaintiff has produced and distributed the Architectural Work in strict conformity with the provisions of the Copyright Act and all other laws governing the copyright.

13. On or about late July 2016, Plaintiff became aware that plans substantially similar to and nearly identical in design elements and arrangement of the design elements to the Architectural Work had been prepared by Defendant David Berton and RealArchitecture and construction had commenced on the home on Lot 10, The Settlement at Castle Pines Village, also known as 1200 Wildcat Bend Court, Castle Rock, Colorado 80108 (hereinafter "Infringing Plans").

14. Plaintiff, through its counsel, notified Defendants (other than Tom McGeorge and Leslie McGeorge) on August 5, 2016 that they were violating Plaintiff's copyright in the Architectural Work. Defendants David Berton and RealArchitecture responded on August 17,

2016 denying any intentional copyright violation. Defendants Chris and Amy Sublette and Ryan Homes, Inc. have not responded and have continued their infringing acts by using the Infringing Plans to construct the home.

FIRST CLAIM FOR RELIEF
COPYRIGHT INFRINGEMENT – ALL DEFENDANTS

15. Plaintiff realleges each and every allegation set forth in Paragraphs 1 – 14, inclusive, and incorporates them by this reference herein.

16. Defendants individually or collectively had access to the Architectural Work, copied said Architectural Work, and are using said Architectural Work to construct a home on Lot 10, The Settlement at Castle Pines Village.

17. By their actions, Defendants have infringed and will continue to infringe Plaintiff's copyright in and relating to the Architectural Work by continuing to build the home in Castle Rock and potentially using the Architectural Work to build other homes which are direct copies of the Architectural Work.

18. Plaintiff is entitled to recover from Defendants the actual damages it has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

SECOND CLAIM FOR RELIEF
LANHAM ACT, 15 U.S.C. § 1125
ALL DEFENDANTS

19. Plaintiff realleges each and every allegation set forth in Paragraphs 1 – 14, inclusive, and incorporates them by this reference herein.

20.     By identifying the architect on the copy of the Architectural Work submitted to the City of Castle Rock building department to obtain a building permit, Defendants have falsely designated the origin of the architectural plans or have made a false or misleading representation of fact which is likely to cause confusion or deceive others as to the origin and author of the architectural plans.

21.     By reason of the foregoing, Defendants have violated and are continuing to violate 15 U.S.C. § 1125.

22.     Plaintiff is further entitled to recover from Defendants the damages, including attorney's fees, it has sustained and will sustain, and any gains, profits, and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

THIRD CLAIM FOR RELIEF
UNFAIR COMPETITION/DECEPTIVE TRADE PRACTICE, C.R.S. § 6-1-105
ALL DEFENDANTS

23.     Plaintiff realleges each and every allegation set forth in Paragraphs 1 – 14, inclusive, and incorporates them by this reference herein.

24.     Defendants' actions in placing Defendant RealArchitecture, Ltd.'s title block on the Architectural Work is a deceptive trade practice pursuant to C.R.S. § 6-1-105(a)(b).

25.     Defendants' actions were in bad faith entitling Plaintiff to treble damages plus attorney's fees pursuant to C.R.S. § 6-1-113(2)(a)(III) and (2)(b).

WHEREFORE, Plaintiff prays judgment against all Defendants, jointly and severally, in an amount to be determined at trial, interest, costs, treble damages and attorney's fees on its Second and Third Claims for Relief.

PLAINTIFF DEMANDS TRIAL TO A JURY.

Dated this 15th day of September, 2016.

                                                s/ Walter J. Downing
Walter J. Downing.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Phone: (303) 628-3300
Fax:    (303) 628-3368
downingw@hallevans.com

Attorneys for Plaintiff

Plaintiff's address:

6025 S. Quebec St., Suite 375,
Centennial, Colorado 80111